# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

United States of America,

        Plaintiff,

vs.

James Bowens,

        Defendant.

_____/

Case No. 17-cr-20184-07

Judith E. Levy
United States District Judge

Mag. Judge Mona K. Majzoub

## ORDER GRANTING MOTIONS TO DISMISS COUNT TEN [286, 338] AND DENYING DEFENDANT'S REQUEST [344]

Defendant James Bowens filed a motion to dismiss Count Ten of the Third Superseding Indictment in light of the U.S. Supreme Court's decision in *United States v. Davis*, 588 U.S. __ (2019). (ECF No. 286.) In response, the government has also moved to dismiss Count Ten of the Third Superseding Indictment. (ECF No. 338.) Accordingly, the motions are **GRANTED**, and Count Ten of the Third Superseding Indictment is **DISMISSED**.

Defendant also recently filed a request that the Court transmit various materials to the Sixth Circuit (ECF No. 344), presumably this is

related to a notice of appeal he filed in May 2019 (ECF No. 271). There is no appealable order in this case, and therefore jurisdiction remains with this Court and not with the Sixth Circuit. *See* 28 U.S.C. § 1291; *see also United States v. Andrews*, 857 F.3d 734, 741 (6th Cir. 2017) ("As a general rule, a pretrial order denying a defendant's motion to dismiss an indictment is not an appealable final decision under [28 U.S.C. § 1291]." (alterations in original) (internal quotations omitted)). Defendant's request (ECF No. 344) is **DENIED** as premature.

IT IS SO ORDERED.

Dated: July 23, 2019.       s/ Judith E. Levy
    Ann Arbor, Michigan      JUDITH E. LEVY
                                          United States District Judge